IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00692-DME-MEH

LANDCO EQUITY PARTNERS, LLC,
27 SOUTH TEJON PARTNERS, LLC,
LANDCO 27, LLC, and
LANDCO 19 NORTH TEJON, LLC,

    Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS, COLORADO,
THE CITY OF COLORADO SPRINGS PUBLIC FACILITIES AUTHORITY,
MAYOR LIONEL RIVERA, in his official capacity,
ASSISTANT CITY MANAGER MICHAEL L. ANDERSON, in his official capacity, and
UNITED STATES OLYMPIC COMMITTEE,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2009.**

    The unopposed[1] Motion to Intervene for Limited Purpose of Opposing Plaintiff's Request for a Protective Order filed by Freedom Colorado Information, Inc. [filed July 10, 2009; docket #37] is **granted**. The Court will accept the statements made by counsel for Freedom Colorado Information, Inc. at the July 10, 2009 hearing as its "claim or defense for which intervention is sought." *See* Fed. R. Civ. P. 24(c).

---

[1]*See* docket #39.