IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**  09-cv-00692-DME-MEH | FTR – Courtroom C203 |
| **Date:**  July 23, 2009 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| LANDCO EQUITY PARTNERS, LLC, | Page G. Crowther |
| 27 SOUTH TEJON PARTNERS, LLC, | Reid A. Page |
| LANDCO 27, LLC, and | |
| LANDCO 19 NORTH TEJON, LLC, | |

      Plaintiffs,

v.

| | |
|---|---|
| CITY OF COLORADO SPRINGS, COLORADO, and | Patricia K. Kelly |
| CITY OF COLORADO SPRINGS PUBLIC | |
| FACILITIES AUTHORITY, | |

      Defendants,

| | |
|---|---|
| FREEDOM COLORADO INFORMATION, INC., | Steven Zansberg |
| d/b/a The Gazette, | |

      Interested Party.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING – Plaintiffs' Motion for Protective Order (Doc. #22, filed 6/19/09)**

**Court in session:**    9:22 a.m.

The Court calls case.  Appearances of counsel.

Discussion regarding the documents to be covered by a Protective Order produced by Plaintiff and reviewed by the Court *in camera*, and the Order to be issued by the Court.

The Court states that the documents produced need to Bates stamped.  The Court will return the documents to Plaintiffs' counsel for that purpose.

Discussion regarding the sensitivity of the documents and potential settlement issues, and documents in Defendants' possession involving Plaintiffs that Plaintiffs were not able to produce.

**ORDERED:**   A Telephonic Status Conference is set for **July 24, 2009, at 8:00 a.m.**  Counsel are directed to conference together and then contact the Court at (303)844-4507 at the designated time.  At that conference, the Court and counsel will discuss what documents will be produced by Defendants to the Court for an *in camera* review.

Plaintiffs' Motion for Protective remains under advisement.

**Court in recess:**   9:43 a.m.        (Hearing concluded)
Total time in court:   0:21