IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  09-cv-00692-DME-MEH

LANDCO EQUITY PARTNERS, LLC,
27 SOUTH TEJON PARTNERS, LLC,
LANDCO 27, LLC
LANDCO 19 NORTH TEJON, LLC

      Plaintiffs,

v.

CITY OF COLORADO SPRINGS, COLORADO,
CITY OF COLORADO SPRINGS PUBLIC FACILITIES AUTHORITY,

      Defendants.

---

### ORDER

---

THIS MATTER COMES BEFORE the Court on the Plaintiffs' Notice of Dismissal.  The Court has considered this notice and believes itself fully advised.

IT IS ORDERED THAT this civil action is dismissed without prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii).

DATED this 13th  day of August, 2009.

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge